UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*ELECTRONICALLY FILED*

**LINDA SHELLHAMMER, NARDA SHIPP,**
**and ERIN WILSON, individually and on behalf**
**of other persons similarly situated**

**and**

**OFFICIAL EMPLOYEES COMMITTEE**              **CASE NO. 5:13-cv-335**
**OF THE RESOURCES IN HEALTHCARE**
**MANAGEMENT ESTATE OF RESOURCES**
**IN HEALTHCARE MANAGEMENT, LLC**              **PLAINTIFFS**

**v.**

**ORDER**

**HORIZON HEALTHCARE CENTER, LLC, et. al.**              **DEFENDANTS**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Upon Motion of Plaintiffs, the Official Employees Committee (the "Committee") of the Chapter 11 Bankruptcy case styled *In re Resources in Healthcare Management, LLC* of Resources in Healthcare Management, LLC ("RHM") (E.D.Ky. Bkr. Case No. 13-52167), on behalf of all of the employees of RHM who are also employees of related entities, Linda Shellhammer ("Shellhammer"), Narda Shipp ("Shipp"), and Erin Wilson ("Wilson") (Shellhammer, Shipp, and Wilson shall be collectively referred to as the "Representatives") (the Committee and Representatives shall be collectively referred to herein as "Plaintiffs"), individually and on behalf of the persons similarly situated, and the Court being in all ways duly and sufficiently advised IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Consolidate the cases of *Brittney Thomas, et al. v. Paragon Family Practice,* 5:13-cv-253 with this case, *Shellhammer, et al. v. Horizon Healthcare Center, et al.,* 5:13-cv-335 is GRANTED.

2. All future filings in this matter shall be docketed in <u>Thomas v. Paragon Family Practice</u>, Case No. 5:13-253.

Tendered by,

*s/* Robert L. Roark
Robert L. Roark, Attorney
Jeffrey S. Walther, Attorney
W. Scott Hunt, Attorney
Walther, Roark & Gay, PLC
163 East Main Street, Suite 200
P.O. Box 1598
Lexington, Kentucky 40588-1598
(859) 225-4714 (tel)
(859) 225-1493 (fax)
RRoark@wrgfirm.com
COUNSEL FOR THE PLAINTIFFS